JUANITA GELLY, Appellant, v. ANNA KALAMON et al., Defendants, and CATHERINE TERRIAULT, as Executrix of WILLIAM GRAHAM, Respondent.—

The determination of the official referee in the action by Joseph Kalamon against defendants other than the present respondent, which determination was not even followed in the final judgment which was entered in that action, has no binding effect in the present action involving different parties, both plaintiff and defendant. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

FRIEDA GRABOWSKY, as Administratrix of the Estate of SOL GRABOWSKY, Deceased, Respondent, v. OSSINING HOSPITAL ASSOCIATION et al., Defendants, and CHARLES C. SWEET et al., Appellants.—

The court set aside the verdict because evidence of plaintiff's remarriage had been received and in the charge the court made reference to the change in plaintiff's status. While it was error to receive evidence of the marital status of plaintiff at the time of the trial, the error was harmless. The verdict in appellants' favor implies a finding on the part of the jury that the appellants were not negligent, and negatives any presumption that the jury was influenced by the error, which relates only to the damages. Order reversed on the law, with costs, the motion denied, and the verdict reinstated. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

AUDREY HARVEY, Respondent, v. CHARLES HARVEY, Appellant.—

No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.